INA M. BRUCE, respondent,

*v.*

EDGAR N. McCLEES, appellant.

[Decided January 23d, 1933.]

*Mr. Lester C. Leonard,* for the respondent.

*Messrs. Quinn, Parsons & Doremus,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *110 N. J. Eq. 92.*

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, HEHER, KAYS, HETFIELD, WELLS, KERNEY, JJ. 13.

*For reversal*—None.